# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-24-00703-CR

---

**Jonathan David Tarbet, Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE 424TH DISTRICT COURT OF LLANO COUNTY**
**NO. CR8554, THE HONORABLE EVAN C. STUBBS, JUDGE PRESIDING**

---

### M E M O R A N D U M   O P I N I O N

Appellant Jonathan David Tarbet has moved to dismiss his appeal.  The motion is signed by both Appellant and his attorney.  *See* Tex. R. App. P. 42.2(a).  We grant the motion and dismiss the appeal.  *See id.*

_____

Chari L. Kelly, Justice

Before Chief Justice Byrne, Justices Kelly and Ellis

Dismissed on Appellant's Motion

Filed:   May 2, 2025

Do Not Publish